CM/ECF hrgreaf1
(Rev. 07/28/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| In Re:  Kimberly Bean<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 19−13505−JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

PLEASE TAKE NOTICE that an evidentiary hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 1/14/20 at 10:29 AM

to consider and act upon the following:

*21* − Reaffirmation Agreement Between Debtor and Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust, Series 2005−NC5 Asset−Backed Pass−Through Certificates Filed by Charles Frank Fair Barbour on behalf of Deutsche Bank National Trust Company, as Trustee, for Carrington Mortgage Loan Trust, Series 2005−NC5 Asset Backed Pass−Through Certificates. (Barbour, Charles)

**PLEASE NOTE: Debtor(s) and the attorney for the debtor(s) shall be present for this hearing.**

Dated: 11/26/19

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: AOH
Deputy Clerk